IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTOINETTE GONZALES, et al.,

        Plaintiffs,

vs.                                        Case No. CIV-09-520 JB/RLP

CITY OF ALBUQUERQUE, et al.,

        Defendants.

**CERTIFICATE OF SERVICE OF DISCOVERY REQUESTS AND RESPONSES**

        Plaintiffs, through their counsel, hereby certify that a set of Plaintiffs' discovery requests were hand-delivered by Plaintiffs' counsel to the Office of the City Attorney on the fourth floor of the City-County Building at about 4:30 p.m. on Friday, October 2, 2009.  Also, Plaintiffs' responses to the City's first set of discovery requests were sent to opposing counsel on or before Friday, October 9, 2009.

        Respectfully submitted,

        *s/ Paul Livingston*
        _____
        Attorney for Plaintiffs
        P.O. Box 250
        Placitas, N.M. 87043
        505-771-4000

I hereby certify that pursuant to the court's electronic filing system, the foregoing will be sent by e-mail to Defendants' counsel, Michael Garcia and Ed Bergmann, on November 2, 2009.

*s/ Paul Livingston*
_____
Paul Livingston