## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ANTOINETTE GONZALES, CAROLL AUSTIN, SARAH CLOVER, and ANNETTE MORA, and A CLASS OF SIMILARLY SITUATED CITY EMPLOYEES, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 1:09-cv-00520-JB-RLP ) |
| THE CITY OF ALBUQUERQUE, ED ADAMS, Chief Administrative Officer, and ESTHER TENENBAUM, Division Manager, in their individual and official capacities, | ) ) ) ) ) |
| Defendants. | ) |

## MOTION TO EXTEND
## DISCOVERY, MOTION AND TRIAL DATES

The Defendants, City of Albuquerque, et al., hereby present this Motion To Extend Discovery, Motion and Trial Dates as set forth below. Plaintiffs do not object to this motion. The new deadlines and dates agreed upon by the parties are as follows:

   a.   All discovery to be completed by February 8, 2010.

   b.   Class and collective action certification motions to be filed by February 15, 2010.

   c.   Plaintiffs may file motions for joinder of additional parties by February 15, 2010.

   d.   Discovery motions to be filed by March 1, 2010.

   e.   Dispositive motions to be filed by March 15, 2010.

   f.   Pretrial conference and pretrial Order deadlines to be set by the Court.

   g.   Trial to be scheduled by the Court on a date after May 3, 2010.

Respectfully Submitted

**CITY OF ALBUQUERQUE**
Robert M. White
City Attorney

s/Electronically Signed
Michael I. Garcia
City of Albuquerque Legal Department
P.O. Box 2248
One Civil Plaza
Albuquerque, New Mexico 87102

Edward W. Bergmann
Seyfarth Shaw LLP
131 S. Dearborn Street
Chicago, Illinois 60603
312-460-5000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ANTOINETTE GONZALES, CAROLL AUSTIN, SARAH CLOVER, and ANNETTE MORA, and A CLASS OF SIMILARLY SITUATED CITY EMPLOYEES, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case No. 1:09-cv-00520-JB-RLP |
| THE CITY OF ALBUQUERQUE, ED ADAMS, Chief Administrative Officer, and ESTHER TENENBAUM, Division Manager, in their individual and official capacities, | )<br>)<br>)<br>) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that the Defendants' Agreed Motion to Extend Discovery, Motion and Trial Dates were electronically mailed to counsel of record on the 1st day of December, 2009, along with a copy of this Certificate of Service.

>    Paul Livingston
>    Attorney for Plaintiffs
>    P.O. Box 250
>    Placitas, NM 87043

>                               s/Electronically Signed
>                               Michael I. Garcia, Assistant City Attorney