**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| ANTOINETTE GONZALES, CAROLL AUSTIN, SARAH CLOVER, and ANNETTE MORA, and A CLASS OF SIMILARLY SITUATED CITY EMPLOYEES, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 1:09-cv-00520-JB-RLP |
| THE CITY OF ALBUQUERQUE, ED ADAMS, Chief Administrative Officer, and ESTHER TENENBAUM, Division Manager, in their individual and official capacities, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused a copy of the foregoing **Defendants' Supplemental Answers to Plaintiffs' Class Action Interrogatories** and **Defendants' Supplemental Response to Plaintiffs' Class Action Requests for Production of Documents** to be served upon the following via First Class Mail, on this 2nd day of December 2009:

Paul Livingston
Attorney for Plaintiffs
P.O. Box 250
Placitas NM  87199

 s/ Edward W. Bergmann
Edward W. Bergmann
Seyfarth Shaw LLP
131 S. Dearborn Street
Suite 2400
Chicago, Illinois  60603
(312) 460-5000