**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

ANTOINETTE GONZALES, CAROLL
AUSTIN, SARAH CLOVER, and ANNETTE
MORA, and A CLASS OF SIMILARLY
SITUATED CITY EMPLOYEES,

      Plaintiffs,

      vs.                                                           No. CIV 09-520 JB/RLP

THE CITY OF ALBUQUERQUE, ED
ADAMS, Chief Administrative Officer, and
ESTHER TENENBAUM, Division Manager, in
their individual and official capacities,

      Defendants.

**ORDER EXTENDING
DISCOVERY, MOTION AND TRIAL DEADLINES**

THIS MATTER came before the Court on Defendants' Motion To Extend Discovery, Motion, and Trial Dates as set forth below. The Court notes that the Motion is agreed to by the parties, and otherwise being fully advised, finds that the Motion is well taken and will be GRANTED.

      Wherefore,

IT IS HEREBY ORDERED that the new case management deadlines are as follows:

    a.    All discovery will be completed by February 8, 2010.

    b.    Class and collective action certification motions will be filed by February 15, 2010.

    c.    Plaintiffs may file motions for joinder of additional parties by February 15, 2010.

    d.    Discovery motions will be filed by March 1, 2010.

    e.    Dispositive motions will be filed by March 15, 2010.

    f.    A motion hearing is scheduled on April 23, 2010 at 9:00 a.m.

g.  A pretrial conference is scheduled on May 14, 2010 at 1:30 p.m.

h.  The Plaintiffs shall provide the Pretrial Order to the Defendants no later than May 3, 2010 and the Defendants shall provide the Pretrial Order to the Court no later than May 13, 2010.

i.  The jury selection/jury trial is scheduled on the Court's trailing docket commencing June 14, 2010 at 9:00 a.m.

_____
UNITED STATES DISTRICT JUDGE