IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTOINETTE GONZALES, et al.,

      Plaintiffs,

vs.                                      Case No. CIV-09-520 JB/RLP

CITY OF ALBUQUERQUE, et al.,

      Defendants.

## SECOND JOINT MOTION TO EXTEND PRE-TRIAL DEADLINES

The parties, by and through their undersigned attorneys present the following second motion to extend pre-trial deadlines. The parties have conferred and agree that additional time is needed for discovery. Accordingly, the following schedule is proposed and approval of the Court is requested:

    A.    All discovery will be completed by April 5, 2010.

    B.    Class and collective action certification motions may be filed no later than April 12, 2010.

    C.    Plaintiffs may file motions for joinder of additional parties no later than February 15, 2010.

    D.    Motions concerning discovery will be filed by April 19, 2010.

    E.    Dispositive motions may be filed by May 10, 2010.

    F.    Pretrial conference and pretrial Order deadlines will be set by the Court.

    G.    Trial to be scheduled by the Court after June 28, 2010.

Respectfully submitted

*s/ Paul Livingston*

_____
Paul Livingston
Attorney for Plaintiffs
P.O. Box 250
Placitas, NM 87043
(505) 771-4000

and

*Approved via e-mail 2/1/10*

_____
Michael I. Garcia
Assistant City Attorney
One Civic Plaza, 4th Floor
Albuquerque, NM 87103
(505) 768-4500