## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**ANTOINETTE GONZALES, et al.,**

          **Plaintiffs,**

**vs.**                            **Case No. CIV-09-520 JB/RLP**

**CITY OF ALBUQUERQUE, et al.,**

          **Defendants.**

### UNOPPOSED MOTION TO JOIN ADDITIONAL PLAINTIFFS,

      Pursuant to Rule 20 of the Federal Rules of Civil Procedure, Plaintiffs move to add four additional Plaintiffs as named Plaintiffs in this case, stating as grounds therefore:

      1.      Yolanda Garcia, Nicole Foster, Nicole Bordlemay, and Kari Waites were all employed at the City of Albuquerque's Citizen Contact Center (CCC) as 311 operators.

      2.      The City terminated the employment of each of the four additional plaintiffs, telling each only that her "services are no longer needed.".

      3.      All four additional plaintiffs have contacted counsel and requested that they participate in this lawsuit as named plaintiffs.

      4.      The Caption of the case should be amended to reflect the additional Plaintiffs.

      5.      Opposing counsel has been contacted and does not oppose the granting of this motion.

**WHEREFORE**, the Court is respectfully requested to grant leave for Yolanda Garcia, Nicole Foster, Nicole Bordlemay, and Kari Waites to be added as named plaintiffs and to amend the caption of this lawsuit accordingly.

Respectfully submitted,

*s/ Paul Livingston*

_____

Attorney for Plaintiffs
P.O. Box 250
Placitas, N.M. 87043
505-771-4000

I hereby certify that the foregoing
was sent by email attachment to
Defendants' counsel, Michael Garcia
and Ed Bergmann, on February 1, 2010.

*s/  Paul Livingston*

_____

Paul Livingston